**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ArcelorMittal France  v.  AK Steel Corporation

No. 2014-1189

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for: ArcelorMittal France, ArcelorMittal Atlantique et Lorraine
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

- Name: Jeffrey B. Bove
- Law firm: Novak Druce Connolly + Quigg LLP
- Address: 1007 N. Orange St., P.O. Box 2207
- City, State and ZIP: Wilmington, DE 19899
- Telephone: 302-658-9141
- Fax #: 302-658-5614
- E-mail address: jeff.bove@novakdruce.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1/3/83

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

1/17/14                        /s/ Jeffrey B. Bove
Date                           Signature of pro se or counsel

cc: See attached Certificate of Service

# CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of January, 2014, the foregoing Notice of Appearance was filed with the Court using the Court's electronic case filing system, which will send notification to all registered users.

      /s/ Constantine L. Trela, Jr.
Constantine L. Trela, Jr.
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
312-853-7000 (t)
312-853-7036 (f)

CH1 8740184v.1